# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

JAMES JACKSON, #251009                                              PLAINTIFF

v.                          4:20CV00356-JM-JTK

ERIC HIGGINS, et al.                                      DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED without prejudice.

IT IS SO ADJUDGED this 2nd day of June, 2020.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE